1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  (510) 637-3500

5  Counsel for Defendant VERONICA HENDERSON

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )
                                       )  No. CR 11-00605 SBA (KAW)
11              Plaintiff,             )
                                       )  STIPULATION AND [~~PROPOSED~~]
12      v.                             )  ORDER RELEASING VERONICA
                                       )  HENDERSON FROM CUSTODY;
13                                     )  ORDER RE: SELF-SURRENDER
                                       )
14 VERONICA HENDERSON,                 )
                                       )
15              Defendant.             )

16                         **STIPULATION**

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that Veronica

18 Henderson, PFN # UKR362 may be released from custody on Thursday, November 12, 2015, at 4:00

19

20 p.m. and self-surrender to Santa Rita on Friday, November 13, 2015, at 6:00 p.m. so that she can

21 attend the viewing of her mother on Thursday night and funeral on Friday morning.  The parties'

22 agreement is based upon the fact that Daionne Washington, who is the grandmother of Ms.

23 Henderson's son, has agreed to transport Ms. Henderson once she is released from Santa Rita Jail

24 custody and allow her to stay at her house in Oakland, CA.  Ms. Washington agrees to accompany

25 Ms. Henderson from the time she is released until the time she self-surrenders on Friday at 6:00 p.m.

26

Ms. Washington also agrees to transport Ms. Henderson back to Santa Rita jail on Friday, November 13, 2015, by no later than 6:00 p.m. The parties agree that Ms. Henderson should be released on Thursday afternoon rather than Friday to ensure that any issues are resolved and that neither Ms. Henderson nor Ms. Washington will miss the funeral which is scheduled for Friday, November 13, 2015, at 11:00 a.m.

DATED: 11/10/15        ____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 11/10/15        _____/s/_____
MAUREEN BESSETTE
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Veronica Henderson, who is currently being housed at Santa Rita Jail, 5325 Broder Blvd, Dublin, CA 94568, and whose PFN is UKR362 and date of birth is 11/21/74, be released from the custody of the United States Marshal Service on Thursday, November 12, 2015, at 4:00 p.m.

IT IS FURTHER ORDERED that Veronica Henderson is ordered to self-surrender to Santa Rita Jail by no later than Friday, November 13, 2015, at 6:00 p.m.

SO ORDERED.

DATED: 11/12/15        _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge